CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 6 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| NATHAN R. BURKE, | ) | |
| | ) | Civil Action No. 5:04-cv-00055 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JO ANNE BARNHART, | ) | By: Samuel G. Wilson |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | | |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and

**ADJUDGED** that this matter be **REMANDED** to the Commissioner for further reconsideration

in light of this opinion. In the event the Commissioner is unable to grant benefits on the current

record, she is to recommit the case to a Law Judge for supplemental evidentiary proceedings at

the final level of the sequential evaluation in which both sides may introduce additional evidence.

This matter is stricken from the docket of the court.

ENTER: This 25th day of May, 2005.

UNITED STATES DISTRICT JUDGE